**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7137**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ROBERT DANIEL PRINCE,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CR-94-193, CA-99-4018-17-3)

─────────────

Submitted:  November 30, 2000      Decided:  December 7, 2000

─────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Robert Daniel Prince, Appellant Pro Se.  Sean Kittrell, OFFICE OF
THE UNITED STATES ATTORNEY, Charleston, South Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Robert Daniel Prince seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Prince, Nos. CR-94-193; CA-99-4018-17-3 (D.S.C. Apr. 19, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2